1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 PHYLLIS NEWSOME,              )   1:04-cv-05335-LJO
                                 )
11              Plaintiff,       )   **STIPULATION RE CASE SCHEDULE;**
                                 )   **ORDER THEREON**
12      v.                       )
                                 )
13 UNITED STATES OF AMERICA,     )
   DOES 1 to 20,                 )
14                               )
                Defendants.      )
15 _____)

16     Plaintiff PHYLLIS NEWSOME, acting pro se, and Defendant
17 UNITED STATES OF AMERICA, by and through undersigned counsel,
18 hereby stipulate to the following revised case dates in the
19 Scheduling Conference Order, filed October 25, 2004 (Doc. 16),
20 and respectfully request that the Court so approve.

21     Good cause exists for this stipulation in that Plaintiff has
22 requested additional time to respond to Defendant's pending
23 motion to dismiss and, in the alternative, motion for summary
24 judgment or partial summary judgment.  Defendant is willing to
25 agree to this request, but additional time cannot be provided to
   Plaintiff without revising the current case schedule.
26
27

| | Old Dates | **New Dates** |
|---|---|---|
| Opposition to Motion to Dismiss/Motion for Summary Judgment filing deadline | March 17, 2006 | April 14, 2006 |
| Reply to Motion to Dismiss/Motion for Summary Judgment filing deadline | March 24, 2006 | April 28, 2006 |
| Motion to Dismiss/Motion for Summary Judgment Hearing Date | March 31, 2006 @ 8:30 a.m. Ctrm. 8 (LJO) | May 5, 2006 @ 8:30 a.m. Ctrm. 8 (LJO) |
| Settlement Conference | March 29, 2006 @ 10:00 a.m. Ctrm. 9 (DLB) | May 25, 2006 @ 10:00 a.m. Ctrm. 9 (DLB) |
| Pretrial Conference | April 20, 2006 @ 8:15 a.m. Ctrm. 8 (LJO) | June 15, 2006 @ 8:30 a.m. Ctrm. 8 (LJO) |
| Court Trial (4 days est.) | May 30, 2006 @ 9:00 a.m. Ctrm. 8 (LJO) | July 25, 2006 @ 9:00 a.m. Ctrm. 8 (LJO) |

Respectfully submitted,

Dated: March 10, 2006.        PHYLLIS NEWSOME


                              By:   /s/ Phyllis Newsome
                                    Plaintiff, Acting Pro Se


Dated: March 10, 2006.        McGREGOR W. SCOTT
                              United States Attorney


                              By:   /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    United States of America

IT IS SO ORDERED.

**Dated:    March 15, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE