# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS NEWSOME,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-5335 LJO<br><br>**ORDER TO VACATE HEARING AND TO TAKE MATTER UNDER SUBMISSION** |

　　　　Based on the parties' stipulation, this Court issued its March 20, 2006 order to set: (1) a May 5, 2006 hearing on defendant's alternative motions to dismiss and for summary judgment; and (2) an April 14, 2006 deadline to file opposition papers to defendant's alternative motions. Plaintiff filed no timely opposition papers. Pursuant to this Court's Local Rule 78-230(c) and (h), this Court VACATES the May 5, 2006 hearing and DEEMS defendant's alternative motions submitted on the current, pending record from which this Court will issue its written decision. Defendant need not file further papers.

IT IS SO ORDERED.

**Dated:    April 25, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1